Robert A. Naeve (State Bar No. 106095)
rnaeve@jonesday.com
Jaclyn B. Stahl (State Bar No. 295467)
jstahl@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:  +1.949.553.7539

Attorneys for Defendant
Calvin Klein, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Guillermo Robles, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Calvin Klein, Inc., a New York Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00919-GW-AGR<br><br>Assigned for all purposes to<br>Hon. George H. Wu<br><br>**NOTICE OF SETTLEMENT** |

1  PLEASE TAKE NOTE THAT Plaintiff Guillermo Robles and Defendant
2  Calvin Klein, Inc. ("Calvin Klein") have reached an agreement on all material
3  terms required to settle all of Plaintiff's claims against Calvin Klein pending in this
4  action.

5  The parties anticipate that the performance of the terms of the settlement
6  agreement will be completed within ninety (90) days of the date of this notice, at
7  which time the parties shall file a Stipulation for Dismissal of the claims asserted
8  against Calvin Klein.

9  Pursuant to Local Rule 5-4.3.4, Robert Naeve hereby attests that the
10 following signatories concur in the filing's content and have authorized the filing.

12 Dated:      April 26, 2017         JONES DAY

14                                    By: /s/ Robert Naeve
15                                        Robert A. Naeve

16                                    Attorneys for Defendant
17                                    CALVIN KLEIN, INC.

19 Dated:      April 26, 2017         MANNING LAW, APC

21                                    By: /s/ Michael J. Manning
22                                        Michael J. Manning

23                                    Attorneys for Plaintiff
24                                    GUILLERMO ROBLES