# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-919-GW(AGRx) | Date | April 28, 2017 |
|---|---|---|---|
| Title | *Guillermo Robles v. Calvin Klein, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** **ORDER TO SHOW CAUSE RE: SETTLEMENT**

On April 26, 2017, Defendant Calvin Klein, Inc. filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing is set for July 20, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is by noon on July 19, 2017.

:

Initials of Preparer  JG