JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>               Plaintiff,<br><br>     v.<br><br>CALVIN KLEIN, INC., et al.,<br><br>               Defendants. | Case No.  CV 17-919-GW(ASx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

      Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

      IT IS SO ORDERED.

Dated: July 17, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE